

# I-797 | NOTICE OF ACTION | DEPARTMENT OF HOMELAND SECURITY
U.S. CITIZENSHIP AND IMMIGRATION SERVICES



| Receipt Number | USCIS Account Number | Case Type |
|---|---|---|
| IOE9857007356 | 000253964780 | I765 - APPLICATION FOR EMPLOYMENT AUTHORIZATION |
| Received Date | Priority Date | Applicant A242 409 487 |
| 01/01/2025 | 01/01/2025 | MORA CONTRERAS, MARIO JOSE |
| Notice Date | Page | |
| 01/20/2025 | 1 of 1 | |

MORA CONTRERAS, MARIO JOSE
3103 DOGWOOD SPRINGS DR
HOUSTON TX 77073-1565

**Notice Type:** Approval Notice
Class: C08
Valid from 01/19/2025 to 01/18/2030

We have approved your application for employment authorization. We will send your Employment Authorization Document (EAD) (also known as an EAD card or Form I-766) to you separately. Your EAD card should be produced within one to two weeks. Your EAD card will be mailed via U.S. Postal Service (USPS) Priority Mail with Delivery Confirmation to the address you designated. The time frame in which you will receive your EAD card may vary, depending on USPS delivery times. Please allow a total of 30 days from approval before inquiring with USCIS. We encourage you to use Case Status Online https://egov.uscis.gov/ to find your USPS tracking number for EAD card delivery. If you have not received your EAD card within this time frame, please visit https://egov.uscis.gov/e-request/Intro.do for instructions on how to submit an inquiry.

Your EAD card is proof that you are allowed to work in the United States. Show the card to your employer to verify your authorization to work during the dates on the card. You cannot use this approval notice as proof of your employment authorization.

When you receive your EAD card, please check that all the information on the card is correct. If you need to change any information on the card, please mail all of the following to the office listed below:

- A letter explaining what information needs to be corrected,
- Your EAD card,
- A photocopy of this notice, and
- Evidence to show what the correct information should be. For example, if you need to correct your name, submit a copy of your birth certificate or official name change.

<u>If You Have a Pending Form I-485</u>

If you have a pending or approved Form I-140 and a pending Form I-485, you may request to change employers if your Form I-485 has been pending for at least 180 days. In order to do so, you need to submit documentation about your new job offer. For more information on how to request a change of employers and what information you must submit, please visit the USCIS website at www.uscis.gov.

If your EAD card expires before we make a final decision on your Form I-485, you may apply for a new EAD card.

**THIS FORM IS NOT A VISA AND MAY NOT BE USED IN PLACE OF A VISA OR EVIDENCE OF EMPLOYMENT AUTHORIZATION.**

NOTICE: Although this application or petition has been approved, USCIS and the U.S. Department of Homeland Security reserve the right to verify this information before and/or after making a decision on your case so we can ensure that you have complied with applicable laws, rules, regulations, and other legal authorities. We may review public information and records, contact others by mail, the internet or phone, conduct site inspections of businesses and residences, or use other methods of verification. We will use the information obtained to determine whether you are eligible for the benefit you seek. If we find any derogatory information, we will follow the law in determining whether to provide you (and the legal representative listed on your Form G-28, if you submitted one) an opportunity to address that information before we make a formal decision on your case or start proceedings.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
USCIS encourages you to sign up for a USCIS online account. To learn more about creating an account and the benefits, go to https://www.uscis.gov/file-online.

Texas Service Center
U.S. CITIZENSHIP & IMMIGRATION SVC
6046 N Belt Line Rd., STE 110
Irving TX 75038-0012



USCIS Contact Center: www.uscis.gov/contactcenter

FORM I-797 [REV. 08/01/16]

# ADDITIONAL INFORMATION FOR APPLICANT/PETITIONER

Please save this Form I-797, Notice of Action (approval notice) for your records. Please note that simply filing an application, petition or request, or having an approved petition does not give the person it was filed for (also known as the beneficiary) permission to legally enter the United States. It also does not grant any legal immigration status.

**Include a copy of this notice if you:**

- Write to USCIS or a U.S. Consulate about your case or
- File another application or petition with USCIS based on this decision.

USCIS will notify you separately about any other applications or petitions you have filed.

**Inquiries**

If you have questions about your application or petition, you may:

- Go to https://egov.uscis.gov/casestatus to check your case status online.
- Call the National Customer Service Center at 1-800-375-5283.
- Telecommunications Device for the Deaf (TDD): 1-800-767-1833.
- Send us a letter and include a copy of this notice.
- Schedule an appointment at a local USCIS office using InfoPass at https://infopass.uscis.gov.

If you filed Form I-907, Request for Premium Processing Service, and you have any questions about your application or petition, please follow the instructions for contacting the Premium Processing Unit printed on the receipt notice we mailed you.

## APPROVAL OF A NONIMMIGRANT PETITION

If we approved a nonimmigrant petition, it means that the beneficiary is eligible for the requested nonimmigrant classification. If this notice says that we are notifying a U.S. Consulate about the approval for the purpose of issuing a visa, contact the appropriate U.S. Consulate directly if you or the beneficiary has questions about the process.

## APPROVAL OF AN IMMIGRANT PETITION

An approved immigrant petition does not grant any legal immigration status or guarantee that the beneficiary will receive a visa or an adjustment of status. The approved petition means the beneficiary can:

- Apply for an immigrant or fiancé(e) visa if he or she is outside the United States, or
- Apply for adjustment of status as a permanent resident if he or she is already in the United States.

If this notice states we approved your immigrant petition and forwarded it to the National Visa Center (NVC), the NVC will directly contact the beneficiary with information about how to apply for a visa. If any changes occur that could affect visa eligibility, visit the NVC website at http://nvc.state.gov/ask to find contact information and a public inquiry form.

For more information about obtaining Lawful Permanent Residence status and a Green Card, visit our website at www.uscis.gov.



# Search Results: 1

**MARIO JOSE MORA CONTRERAS**

**Country of Birth :** Venezuela
**A-Number:** 232409487
**Status :** In ICE Custody
**Current Detention Facility**: Call ICE For Details

*\* Click on the Detention Facility name to obtain facility contact information*



BACK TO SEARCH >

## Related Information



Helpful Info

Status of a Case

About the Detainee Locator

Brochure

ICE ERO Field Offices

ICE Detention Facilities

Privacy Notice

## External Links

Bureau of Prisons Inmate Locator

search

DHS.gov USA.gov OIG OpenFOIA Metrics No Fear Act Site Map Site Policies & Plug-Ins Gov

An official website of the United States government  Here's how you know  ›



**EOIR** | Automated Case Information

**Court closures Today**: November 22, 2025

Please check https://www.justice.gov/eoir-operational-status for up to date closures.



English  ›

# Automated Case Information

Welcome to the Automated Case Information System (ACIS). ACIS provides basic information about the status of certain cases before an immigration court or the Board of Immigration Appeals. Not all cases, or all information about a case is displayed. ACIS includes details regarding the primary case only. If there has been more than one case for the A-Number, ACIS displays the most recent case. Please contact your local court if you need bond hearing information.

Automated Case Information

# Enter your A-Number

**A-Number** *Required*  ⓘ *What's an A-Number?*

| 2 | 3 | 2 | 4 | 0 | 9 | 4 | 8 | 7 |

**Nationality** *Required*  ⓘ *What is Nationality?*

VENEZUELA (VE)



SUBMIT

*No case found for this A-Number.*

ⓘ *Case information from this automated resource is provided for convenience only. Documents the immigration court or Board of Immigration Appeals issue to you or your representative are the only official determinations related to your case.*

- Archive
- Accessibility
- Information Quality
- Privacy Policy
- Legal Policies & Disclaimers

- Social Media
- Budget & Performance
- Office of the Inspector General
- No FEAR Act
- For Employees

- EOIR Freedom of Information Act (FOIA)
- USA.gov
- Contact EOIR
- EOIR Home
- Justice.gov

- Immigration Court Online Resource
- Contact Technical Support
- This site is protected by hCaptcha:
- hCaptcha Privacy Policy
- hCaptcha Terms of Service



EOIR | Automated Case Information

Department of Justice | Executive Office for Immigration Review
5107 Leesburg Pike, Suite 2600, Falls Church, VA 22041