Clerk of Court

United States District Court

Southern District of Texas – Houston Division

515 Rusk Street

Houston, TX 77002

Re: Emergency Filing – 28 U.S.C. § 2241 Habeas Corpus Petition
    Petitioner: Mario Jose Mora Contreras (A# 232-409-487)
    Filed by Next Friend: Maria Isabel Mora Contreras

11/22/2025

Dear Clerk of Court:

I respectfully submit an emergency Petition for a Writ of Habeas Corpus on behalf of my brother, Mario Jose Mora Contreras. I am filing as his next friend because he is currently detained by U.S. Immigration and Customs Enforcement (ICE), cannot access his legal documents, and is not physically able to sign the petition.

This habeas corpus petition challenges his unlawful detention. Mr. Mora Contreras is not in removal proceedings, as confirmed by the EOIR Automated Case Information System, which returns "No Case Found." He has a pending affirmative asylum application with USCIS. I am also enclosing a copy of his USCIS-issued Employment Authorization Document approval, which further confirms his authorized stay under asylum pendency.

Despite having no removal case and being legally authorized to remain in the country, ICE is detaining him at an undisclosed location. The ICE Online Detainee Locator only shows "Call ICE for Details" and does not provide a detention facility. This places him at imminent risk of being transferred without notice, which would cause irreparable harm and obstruct his ability to communicate and continue his pending asylum process.

Enclosed please find:

1. The completed AO-242 Habeas Corpus Petition (signed by me as next friend),

2. Evidence of his valid USCIS Employment Authorization Document approval,

3. EOIR Automated Case Information System printout showing "No Case Found,"

4. ICE Online Detainee Locator printout showing "Call ICE for Details,"

5. A $5 money order for the filing fee, and

6. A copy set of all documents for the Court's internal processing.

This is an emergency matter because ICE may transfer him at any time without notice. I respectfully request immediate processing and assignment to a judge for urgent review.

If the Court requires additional information, I am available at:

Name: Maria Isabel Mora Contreras

Address: 21021 Aldine Westfield Rd, Apt 11103, Humble, TX 77338

Phone: (346) 527-4416

Email: mariaisabelmoracontreras@gmail.com


Respectfully submitted,

*[signature]*

Maria Isabel Mora Contreras
As Next Friend for
Mario Jose Mora Contreras