# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO JOSE MORA CONTRERAS, | § | CIVIL ACTION NO |
| | § | 4:25-cv-05646 |
| Petitioner, | § | |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| KRISTI NOEM, *et al*, | § | |
| Respondents. | § | |

## ORDER

Pending is a petition for a writ of *habeas corpus* filed on November 24, 2025. Dkt 1. Also pending is an *ex parte* emergency motion for immediate release filed the next day. Dkt 4.

The petition was filed by Maria Isabel Mora Contreras, as next friend and sister of Petitioner Mario Jose Mora Contreras, alleging that Petitioner is unable to file his own petition because he's detained without access to legal materials. Dkt 1 at 8. Petitioner didn't sign the petition.

Petitioner is alleged to be a citizen of Venezuela who entered the United States on April 15, 2023. Dkt 4 at 1. He was inspected and released on Venezuelan Humanitarian Parole. Id at 6. His release on parole was authorized until April 13, 2025. Ibid. Petitioner also filed an application in April 2024 for asylum and withholding of removal with the United States Customs and Immigration Service. Id at 10-11. While that application has been pending, USCIS issued Petitioner a work authorization. Dkt 1-1.

Petitioner was arrested by ICE officers on November 21, 2025. Dkt 1 at ¶18. He was transferred to the

Montgomery County Processing Center, where he remains in detention. Dkt 4 at 1.

The petition alleges that present detention is unlawful because Petitioner isn't in removal proceedings and has a pending affirmative asylum application. Dkt 1 at ¶13. It also contends that the pending application and the work authorization permit him to remain in the United States. Ibid.

Petitioner's sister also filed an emergency motion for immediate release, which is construed as a motion for an *ex parte* temporary restraining order. Dkt 4. The motion alleges that after the petition was filed, ICE officials initiated removal proceedings against Petitioner, served him with a notice to appear, and set a hearing for January 5, 2026. Dkt 4 at 3.

Petitioner, through his sister, challenges his continued detention. His petition states causes of action for alleged violations of the INA and the Due Process Clause of the Fifth Amendment. Dkt 1 at ¶13. Among other relief, he requests an order directing Respondents to immediately release him from custody. Id at ¶15. In his emergency motion, he also asks the Court to enjoin his transfer outside of the Southern District of Texas, stay the immigration proceedings against him, restore his prior status, and invalidate all removal actions taken after this petition was filed. Dkt 4 at 3-4.

Immediate release isn't warranted with entry of this Order. Petitioner hasn't provided sufficient evidence to warrant release before Respondents are given notice and the opportunity to respond. Nor has he met the requirements of Rule 65(b)(1) of the Federal Rules of Civil Procedure, which are mandatory prior to issuance of *ex parte* injunctive relief.

The motion for immediate release, construed as an *ex parte* motion for a temporary restraining order, is DENIED. Dkt 4.

That said, and even though not requested, Petitioner is entitled to a show-cause order pursuant to 8 USC §2243.

2

Respondents are ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention. Such filing must be made by December 5, 2025.

This matter is SET for hearing to address the show cause order for December 9, 2025, at 3:30 pm.

Respondents haven't yet been served or appeared in this action. Under Rule 4 of the Rules Governing Section 2254 Cases in the US District Courts, the Clerk is ORDERED to serve the petition (Dkt 1), the emergency motion for immediate release (Dkt 4), and a copy of this Order on the following:

    a. by regular and electronic mail to:
        Nicholas J. Ganjei
        United States Attorney for the Southern District of Texas
        Attn: Civil Process Clerk
        1000 Louisiana St.
        Suite 2300
        Houston, TX 77002
        USATXS.CivilNotice@usdoj.gov.

    b. by certified mail to:
        The Hon. Pamela Jo Bondi
        United States Attorney General
        U.S. Department of Justice
        950 Pennsylvania Avenue, N.W.
        Washington, D.C. 20530-0001

and

    c. by certified mail to:
        Warden Randy Tate
        Montgomery County Processing Center
        806 Hilbig Road
        Conroe, Texas 77301

SO ORDERED.

Signed on December 2, 2025, at Houston, Texas.

_____
Hon Charles Eskridge
United States District Judge